**Ernestine BROCK, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 02–2224.

United States Court of Appeals,
Fourth Circuit.

Submitted April 29, 2003.

Decided May 21, 2003.

Judith L. Mathis, Mathis & Mathis, Arlington, Virginia, for Appellant. Thomas M. DiBiagio, United States Attorney, Kristine L. Sendek–Smith, Assistant United States Attorney, Baltimore, Maryland; Marcia E. Anderson Office of the General Counsel, Social Security Administration, Baltimore, Maryland, for Appellee.

Before WIDENER, MICHAEL, and SHEDD, Circuit Judges.

PER CURIAM.

Ernestine Brock seeks review of the magistrate judge's order* affirming the

* The parties consented to review by a magistrate judge pursuant to 28 U.S.C. § 636(c)(2)

Commissioner's denial of social security benefits pursuant to 20 C.F.R. § 404.1520(f) (2002). Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error. In particular, we find that substantial evidence supports a finding that Brock retains the residual functional capacity to perform medium work and, therefore, is able to return to her past relevant work as a certified nursing assistant. Accordingly, we affirm the magistrate judge's order. *Brock v. Barnhart,* No. CA–01–2488–JFM (D.Md. Aug. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*